BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION | MDL NO. 2833 |

**CORRECTED PROOF OF SERVICE**

I, Gary F. Lynch, hereby certify that on January 6 and 7, 2020, I caused copies of the following documents to be served via First Class Mail or electronic mail upon the parties and counsel listed on the attached Service List, as indicated:

1. Notice of Potential Tag-Along Actions;

2. Exhibit A. Schedule of Additional Actions;

3. Proof of Service;

4. Exhibit B. *Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) (Docket and Complaint);

5. Exhibit C. *Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) (Docket and Complaint); and

6. Exhibit D. June 18, 2018 JPML Tranfer Order in In re: FedLoan Student Loan Servicing Litigation.

Dated: January 7, 2020

Respectfully submitted,

**CARLSON LYNCH, LLP**

*/s/ Gary F. Lynch*
Gary F. Lynch (PA ID 56887)
Kevin W. Tucker (PA ID 312144)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
glynch@carlsonlynch.com
ktucker@carlsonlynch.com

*Co-Lead Counsel for Plaintiffs in the FedLoan MDL*

1

**SERVICE LIST**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| **Via United States Mail**<br>Clerk of Court<br>U.S. District Court<br>District of Utah<br>351 S. West Temple<br>Salt Lake City, UT 84101 | Clerk of Court<br>District of Utah<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via United States Mail**<br>Clerk of Court<br>U.S. District Court<br>District of District of Columbia<br>333 Constitution Avenue N.W.<br>Washington, D.C. 20001 | Clerk of Court<br>District of District of Columbia<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Cameron Steven Christensen<br>SUMSION BUSINESS LAW<br>3651 N 100 E STE 300<br>PROVO, UT 84604<br>(801)375-2830<br>Email: cameron@businesslawutah.com | Counsel for Nellie H. Christensen; Marc Futterman; and Gregory R. Wilson<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>Steven A. Christensen<br>CHRISTENSEN YOUNG & ASSOCIATES PLLC<br>9980 S 300 W #200<br>SANDY, UT 84070<br>(801)676-6447<br>Email: stevenchristen@gmail.com | Counsel for Nellie H. Christensen; Marc Futterman; and Gregory R. Wilson<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>Jonathan Drew Kossak<br>US DEPARTMENT OF JUSTICE (FED PROG-1100)<br>CIVIL DIVISION / FEDERAL PROGRAMS BRANCH<br>1100 L ST NW<br>WASHINGTON, DC 20530<br>(202)305-0612<br>Email: jonathan.kossak@usdoj.gov | Counsel for Secretary Elizabeth DeVos; and United States Department of Education<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah)<br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Daniel D. Hill<br>SNOW CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PLACE 11TH FL<br>PO BOX 45000<br>SALT LAKE CITY, UT 84145-5000 | Counsel for Navient Corporation; and Navient Solutions<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |

| | |
|---|---|
| (801)521-9000<br>Email: dhill@scmlaw.com | |
| **Via Email**<br>Matthew B. Purcell<br>SNOW CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PLACE 11TH FL<br>PO BOX 45000<br>SALT LAKE CITY, UT 84145-5000<br>(801)322-9333<br>Email: mbp@scmlaw.com | Counsel for Navient Corporation; and Navient Solutions<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>David L. Pinkston<br>SNOW CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PLACE 11TH FL<br>PO BOX 45000<br>SALT LAKE CITY, UT 84145-5000<br>(801)521-9000<br>Email: intakeclerk@scmlaw.com | Counsel for Navient Corporation; and Navient Solutions<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>Lindsay N. Aherne<br>GREENBERG TRAURIG LLP<br>1144 15TH ST STE 3300<br>DENVER, CO 80202<br>(303)572-6508<br>Email: ahernel@gtlaw.com | Counsel for Navient Corporation; and Navient Solutions<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>Lisa M. Simonetti<br>GREENBERG TRAURIG LLP<br>1840 CENTURY PARK E STE 1900<br>LOS ANGELES, CA 90067<br>(310)586-7824<br>Email: simonettil@gtlaw.com | Counsel for Navient Corporation; and Navient Solutions<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via United States Mail**<br>C/O NELNET, INC.<br>ATTENTION TERRY HEIMES<br>121 S. 13TH, SUITE 201<br>LINCOLN, NE 68508 | Nelnet Servicing<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>**Mark R. Gaylord**<br>BALLARD SPAHR LLP<br>201 S MAIN STE 800<br>SALT LAKE CITY, UT 84111-2221<br>(801)531-3000<br>Email: gaylord@ballardspahr.com | Counsel for Pennsylvania Higher Education Assistance Agency *doing business as* FedLoan Servicing<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |

| | |
|---|---|
| **Via Email**<br>Tyler M. Hawkins<br>BALLARD SPAHR LLP<br>201 S MAIN STE 800<br>SALT LAKE CITY, UT 84111-2221<br>(801) 531-3000<br>Email: hawkinst@ballardspahr.com | Counsel for Pennsylvania Higher Education Assistance Agency *doing business as* FedLoan Servicing<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>Aliza R. Karetnick<br>BALLARD SPAHR LLP<br>1735 MARKET ST 51ST FL<br>PHILADELPHIA, PA 19103<br>(215) 864-8367<br>Email: karetnicka@ballardspahr.com | Counsel for Pennsylvania Higher Education Assistance Agency *doing business as* FedLoan Servicing<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>Thomas F. Burke<br>BALLARD SPAHR LLP<br>1735 MARKET ST 51ST FL<br>PHILADELPHIA, PA 19103<br>(215) 864-8463<br>Email: burket@ballardspahr.com | Counsel for Pennsylvania Higher Education Assistance Agency *doing business as* FedLoan Servicing<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via United States Mail**<br>Utah Higher Education Assistance Authority<br>60 400 W<br>Salt Lake City, UT 84101 | Utah Higher Education Assistance Authority<br><br>*Christensen et al. v. DeVos et al.*, Case No. 2:19-cv-00509-CW-DBP (D. Utah) |
| **Via Email**<br>Jessica Underwood<br>1290 Avenue of the Americas<br>New York, NY 10104<br>212-390-9000<br>Email: junderwood@selendygay.com | Counsel for Randi Weingarten; American Federation of Teachers, AFL-CIO; Cynthia Miller; Crystal Adams; Connie Wakefield; Deborah Baker; Janelle Menzel; Kelly Finlaw; Gloria Nolan; and Michael Giambona<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Mark H. Richard<br>PHILLIPS, RICHARD & RIND, P.A.<br>9360 SW 72 Street<br>Suite 283<br>Miami, FL 33173<br>(305) 412-8322<br>Email: mrichard@phillipsrichard.com | Counsel for Randi Weingarten; and American Federation of Teachers, AFL-CIO<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Robyn K. Bitner<br>NATIONAL STUDENT LEGAL DEFENSE NETWORK<br>1015 15th Street NW | Counsel for Randi Weingarten; and American Federation of Teachers, AFL-CIO<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |

| | |
|---|---|
| Suite 600<br>Washington, DC 20005<br>(202) 734-7495<br>Email: robyn@nsldn.org | |
| **Via Email**<br>Shelby P. Rokito<br>SELENDY & GAY, PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>212-390-9000<br>Email: srokito@selendygay.com | Counsel for Randi Weingarten; American Federation of Teachers, AFL-CIO; Cynthia Miller; Crystal Adams; Connie Wakefield; Deborah Baker; Janelle Menzel; Kelly Finlaw; Gloria Nolan; and Michael Giambona<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Aaron S. Ament<br>NATIONAL STUDENT LEGAL DEFENSE NETWORK<br>1015 15th Street NW<br>Suite 600<br>Washington, DC 20005<br>(847) 722-7945<br>Email: aaron@nsldn.org | Counsel for Randi Weingarten; American Federation of Teachers, AFL-CIO; Cynthia Miller; Crystal Adams; Connie Wakefield; Deborah Baker; Janelle Menzel; Kelly Finlaw; Gloria Nolan; and Michael Giambona<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Aaron S. Ament<br>NATIONAL STUDENT LEGAL DEFENSE NETWORK<br>1015 15th Street NW<br>Suite 600<br>Washington, DC 20005<br>(847) 722-7945<br>Email: aaron@nsldn.org | Counsel for Randi Weingarten; and American Federation of Teachers, AFL-CIO<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Caitlin Halligan<br>SELENDY & GAY, PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 390-9013<br>Email: challigan@selendygay.com | Counsel for Randi Weingarten; American Federation of Teachers, AFL-CIO; Cynthia Miller; Crystal Adams; Connie Wakefield; Deborah Baker; Janelle Menzel; Kelly Finlaw; Gloria Nolan; and Michael Giambona<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Daniel A. Zibel<br>NATIONAL STUDENT LEGAL DEFENSE NETWORK<br>1015 15th Street NW<br>Suite 600<br>Washington, DC 20005<br>(202) 734-7495 | Counsel for Randi Weingarten; and American Federation of Teachers, AFL-CIO<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |

| | |
|---|---|
| Email: dan@nsldn.org | |
| **Via Email**<br>Faith E. Gay<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 390-9001<br>Fax: (212) 390-9399<br>Email: fgay@selendygay.com | Counsel for Randi Weingarten; American Federation of Teachers, AFL-CIO; Cynthia Miller; Crystal Adams; Connie Wakefield; Deborah Baker; Janelle Menzel; Kelly Finlaw; Gloria Nolan; and Michael Giambona<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Maria Ginzburg<br>SELENDY & GAY, PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 390-9006<br>Email: mginzburg@selendygay.com | Counsel for Randi Weingarten; American Federation of Teachers, AFL-CIO; Cynthia Miller; Crystal Adams; Connie Wakefield; Deborah Baker; Janelle Menzel; Kelly Finlaw; Gloria Nolan; and Michael Giambona<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Yelena Konanova<br>SELENDY & GAY, PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 390-9010<br>Email: lkonanova@selendygay.com | Counsel for Randi Weingarten; American Federation of Teachers, AFL-CIO; Cynthia Miller; Crystal Adams; Connie Wakefield; Deborah Baker; Janelle Menzel; Kelly Finlaw; Gloria Nolan; and Michael Giambona<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Margaret Marie Siller<br>SELENDY & GAY, PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 390-9000<br>Email: msiller@selendygay.com | Counsel for Randi Weingarten; American Federation of Teachers, AFL-CIO; Cynthia Miller; Crystal Adams; Connie Wakefield; Deborah Baker; Janelle Menzel; Kelly Finlaw; Gloria Nolan; and Michael Giambona<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Julia Penny Clark<br>BREDHOFF & KAISER, P.L.L.C.<br>805 15th Street N.W.<br>Suite 1000<br>Washington, DC 20005-2207<br>(202) 842-2600<br>Fax: (202) 842-1888<br>Email: jpclark@bredhoff.com | Counsel for Movant American Federation of State, County, and Municipal Employees, AFL-CIO<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via United States Mail**<br>National Association for the Advancement of Colored People | National Association for the Advancement of Colored People |

| | |
|---|---|
| 4805 Mt. Hope Drive<br>Baltimore MD 21215<br>Local: (410) 580-5777 | *Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via United States Mail**<br>National Legal Aid & Defender Association<br>1901 Pennsylvania Ave NW #500,<br>Washington, DC 20006 | National Legal Aid & Defender Association<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via United States Mail**<br>Economic Policy Institute<br>1225 Eye St. NW, Suite 600<br>Washington, DC 20005 | Economic Policy Institute<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |
| **Via Email**<br>Matthew Liles<br>NORTH CAROLINA DEPARTMENT OF JUSTICE<br>Consumer Protection Division<br>114 West Edenton Street<br>Suite 246<br>Raleigh, NC 27603<br>(919) 716-0141<br>Email: mliles@ncdoj.gov | Counsel for State of North Carolina; State of California; State of Colorado; State of Connecticut; State of Delaware; State of Idaho; State of Illinois; State of Kentucky; State of Maine; State of Maryland; State of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Mexico; State of Oregon; State of Vermont; State of Virginia; State of Washington; State of Wisconsin; and District of Columbia<br><br>*Weingarten et al. v. DeVos et al.*, Case No. 1:19-cv-02056-DLF (D.D.C.) |